UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN SCHEIDT,<br><br>    Plaintiff,<br><br>V.<br><br>TATA CONSULTANCY SERVICES LIMITED,<br><br>    Defendant. | COMPLAINT |

**COMPLAINT**

Plaintiff Kevin Scheidt, by and through undersigned counsel, The Kirby G. Smith Law Firm, LLC, hereby files this Complaint for Damages against Defendant Tata Consultancy Services Limited ("Defendant" or "TCS"), and states as follows:

**I. JURISDICTION AND VENUE**

1. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 over Count I of this Complaint, which arises out of the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq. (ADA).

2. This Court has jurisdiction over the parties of this action because a substantial portion of the employment practices described herein were committed within Fulton County, Georgia.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

4. Plaintiff received his Notice of Right to Sue from the Equal Employment and Opportunity Commission (EEOC) and files this Complaint within the ninety (90) days prescribed.

## II. PARTIES

5. Plaintiff is a citizen of the United States and a resident of Virginia.

6. Defendant is corporation operating within the State of Georgia.

7. Defendant employed fifteen or more employees at all times relevant to this lawsuit.

8. Defendant is subject to the requirements of the ADA.

## III. FACTUAL ALLEGATIONS

9. TCS hired Scheidt in October 2016 as a Technical Lead on projects servicing Delta Airlines (Delta).

10. Scheidt began on the Enterprise Mobility project (EM) and was later moved to Crew Management Application (CMA).

11. Scheidt understood that TCS expected him to remain on Delta projects indefinitely.

12. Because these projects operated out of Delta's Atlanta offices, Scheidt rented a residency in Atlanta and relocated from his home in Richmond, Virginia.

13. Scheidt's family remained in Richmond, Virginia.

14. On or around June 21, 2017, Scheidt informed TCS that he intended to resign and move back to Richmond.

15. TCS and Scheidt reached a compromise wherein TCS and Delta would fly Mr. Scheidt from Atlanta to Richmond every other week.

16. TCS offered this compromise because it wanted to retain Scheidt.

17. Scheidt is diagnosed with Post-Traumatic Stress Disorder and Generalized Anxiety (Disabilities).

18. Scheidt's therapist suggested he consider using an Emotional Service Animal (ESA) to manage his symptoms.

19. Through his research, Mr. Scheidt found Mr. Daniel Walters and his organization, Crows Assisting Wounded Soldiers (CAWS).

20. With the approval of his therapist, Mr. Scheidt eventually purchased a crow/raven hybrid to serve as his ESA.

21. On July 13, 2017, Scheidt took his ESA on his first Delta flight between his home in Richmond and his worksite in Atlanta.

22. Prior to this flight, Scheidt obtained ESA documentation that complied with the ESA requirements listed on Delta's website.

23. On or about July 27, 2017, Scheidt arrived at the Atlanta airport for his return flight to Richmond.

24. Delta employees at the Atlanta airport stopped Scheidt at security and informed him that the ESA could not join him.

25. Scheidt provided ESA documentation that complied with the requirements listed on Delta's website

26. Scheidt also notified Delta employees that he was provided the flight as a TCS/Delta employee.

27. Delta still refused to allow Scheidt on-board with the ESA.

28. Delta informed TCS of this incident.

29. On or about July 28, 2017, Scheidt received a call from Ravi Venkat Kumar, TCS employee on the CMA project, asking for an explanation for the airport incident.

30. Kumar acted as the liaison for Baiju Kurian, CMA Project Lead.

31. Scheidt described his disabilities and the ESA's purpose.

32. Kumar followed up with Scheidt in the Atlanta office a few days later and again asked why Scheidt would bring a bird on a business trip.

33. Scheidt again explained that the bird was his ESA and that he needed the ESA to cope with his disabilities.

34. Kumar told Scheidt he should not have brought the ESA.

35. A few hours later, Kurian informed Scheidt that he would be removed from all Delta projects.

36. When Scheidt asked for a reason, Kurian said that HR would not allow part-time remote work and ended the call.

35. On or about October 25, 2017, TCS terminated Scheidt.

## IV.  CLAIM FOR RELIEF

## COUNT I

## ADA DISCRIMINATION

36. Plaintiff incorporates by reference paragraphs 1-35 of his Complaint as if fully set forth herein.

37. Plaintiff has a disability as defined by the ADA. *Para. 17-18.*

38. Plaintiff was qualified for his position. *Para. 9, 15-16.*

39. Plaintiff informed Defendant of his condition and of the necessary accommodation. *Para. 31.*

40. The necessary accommodation was reasonable and did not impact Plaintiff's essential job functions.

41. Defendant failed to accommodate Plaintiff.

42. Defendant terminated Plaintiff in October 2017, which constitutes an adverse action.

43. The temporal proximity between Defendant's knowledge of Plaintiff's accommodation request for his disability and his removal from the Delta projects is circumstantial evidence of discriminatory animus. *Para. 29-35.*

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

   a. Trial by jury;

   b. A finding that Defendant violated Plaintiff's rights as set forth herein;

   c. Full back pay plus interest, front pay, compensatory damages, punitive damages, reasonable attorney fees, and costs in accordance with the ADA, to exceed $25,000; and

   d. Any other relief this Court deems proper and just.

Respectfully submitted this 27th of December, 2018.

                              THE KIRBY G. SMITH LAW FIRM, LLC

                                        s/Kirby G. Smith
                                        Kirby G. Smith
                                        Georgia Bar No. 250119
                                        *Attorney for Plaintiff*

4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
T: (844) 454-7529
F: (877) 352-6253
kgs@kirbygsmith.com

## **JURY DEMAND**

Plaintiff requests a jury trial on all questions of fact raised by this Complaint.

Respectfully submitted this 27th of December, 2018.

THE KIRBY G. SMITH LAW FIRM, LLC

  s/Kirby G. Smith
Kirby G. Smith
Georgia Bar No. 250119
*Attorney for Plaintiff*

THE KIRBY G. SMITH LAW FIRM, LLC
4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
T: (844) 454-7529
F: (877) 352-6253
kgs@kirbygsmith.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and print selections approved by the Court in L.R. 5.1(B).

Respectfully submitted this 27th of December, 2018.

                        THE KIRBY G. SMITH LAW FIRM, LLC

                        __s/Kirby G. Smith____
                        Kirby G. Smith
                        Georgia Bar No. 250119
                        *Attorney for Plaintiff*

THE KIRBY G. SMITH LAW FIRM, LLC
4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
T: (844) 454-7529
F: (877) 352-6253
kgs@kirbygsmith.com